# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SHERRY RUSSOM**                                                                                   **PLAINTIFF**

V.                             **CASE NO.: 3:13CV00107 JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## JUDGMENT

Plaintiff Sherry Russom's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 19th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE